**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBEN ODELL BOULWARE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF INSURANCE, et al.,<br><br>　　　　　Defendants.<br>_____ | ) NO. CV 09-4325-DMG(E)<br>)<br>)<br>)<br>) ORDER ADOPTING FINDINGS,<br>)<br>) CONCLUSIONS AND RECOMMENDATIONS<br>)<br>) OF UNITED STATES MAGISTRATE JUDGE<br>)<br>) |

　　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the pleadings and papers herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Findings, Conclusions and Recommendations.

　　　IT IS ORDERED that Judgment be entered dismissing the Second Amended Complaint and the action without leave to amend and with prejudice.

///

///

///

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Report and Recommendation of United States Magistrate Judge and the Judgment by United States mail on Plaintiff and counsel for Defendants.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 4, 2010

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE