**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RUBEN ODELL BOULWARE, | ) | NO. CV 09-4325-DMG(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| DEPARTMENT OF INSURANCE, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court Adopting the Findings, Conclusions and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the Second Amended Complaint and the action are dismissed without leave to amend and with prejudice.

DATED: May 4, 2010

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE